# Order

Michigan Supreme Court
Lansing, Michigan

July 9, 2021

162837

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CORY ANN ZIEGLER,
        Defendant-Appellant.

SC: 162837
COA: 355697
Tuscola CC: 19-014919-FH

_____/

On order of the Court, the application for leave to appeal the January 19, 2021 order of the Court of Appeals is considered. We DIRECT the Tuscola County Prosecuting Attorney to answer the application for leave to appeal within 28 days of the date of this order. The prosecutor shall specifically address whether the trial court properly assigned 10 points for Offense Variable (OV) 10, MCL 777.40.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2021



Clerk

p0706